FILED

JAN - 7 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

United States District Court
Southern District of West Virginia
Charleston

The White Rose
[4 Pages]

| | |
|---|---|
| Julian E. Rochester, 171519 <br> ProSe - Petitioner <br> -vs- <br> H.M. Herlong, U.S. Gov. & R.S. Carr, G.W. Bush & U.S. Marshals & U.S. Attys. R. Lloyd, R. Gonzales & Et. Al. threaten- 100 Defendants; | C/A No. CA 2:09-0015 <br> Writ of Mandamus by Admin. Proc. Act to force discovery turned over within 7 to 11 days, the 5th Mandamus Filed. <br> Rules 5, 8, 26, 34, 37 to Compel. |

1. ProSe seeks by Mandamus Admin. Proc. Act for discovery the 5th time that U.S. Marshals destroyed 8 times to Fed. & 4th Cir. Court of Appeals.

2. Discovery of the Court order allowing U.S. Marshals & U.S. Postal Sers., & SCDC to stop, open, read, copy, & destroy ProSe's mails & keeping his U.S. postages $10,000.00 & who ordered them to do such a crime? & the,

3. Discovery of all investigations files, & reports, tapes, recording, transcripts, & infor. did upon the death threats, ProSe did 9-1,14,05/ Nov. 27,05/ Jan 27,06/ Feb 8,06 on Bush, the Clintons, John Roberts-U.S. Sup. Ct. Judge & Above defs., & 29 Fed. 4th Cir. Judges; & the,

4. Discovery of copies of 9-1,14,05 death threating letters to Bush, U.S. Marshals, Henry D. McMaster-Atty. Gen., TV-10-WIS, Cola, S.C. Station, & Writ death threats on John Roberts Filed Feb. 8,06 in Florence Fed. Ct., that Fed. Judge Carr & Clerks Propes & C. Ramsey blocked of 10 pages & exhibits proof of his involvement in 2 Ark. women murders, & the;

1.

5. Discovery of copies of 5 death threats letters Filed in Oconee, Anderson, Richland, York Counties, S.C., & S.C. Atty. Generals, & Blake A. Norton Oconee Summary Court, & Courts in State Judges & officials Nov. 25, 05 & Jan. 23 & 27/06 Oconee Ct.; & the;

6. Discovery of person(s) name who opened G.W. Bush's 10 pages & 6 pages death threats & where did Bush read, & get his, & date he got his? & the

7. Discovery of persons(s) name who ordered the 100 or more death threats covered up from the Public & News medias, & why such a order was given? & the

8. Discovery of who ordered no investigations done into Bill Clinton, R. Reagan, John Roberts & 2-FBI agents killing 2-Arkansas women in 1985, one in Seneca & one Ark., Clinton killed before he became president, & that ProSe witnessed & got FBI agents tag number & another woman witnessed, & name of the one Clinton killed in Ark.? & the

9. Discovery of who ordered no investigations done into President Kennedy's 1963 murder by 125 Ku Klux Klan members, Judges & businessmen in Greenville, S.C. & Over Head Door Co. owner, & Judge R. Knox McMahan & his Family & ProSe's Uncle Marshals who shot & kill Kennedy, & who ordered it covered up from the Public & News medias, when reported in 93 th-97 up to now date? & the,

10. Discovery of who threaten the News medias not to publish any thing about death threats & Kennedy's & 2-Ark. women & 41 other murders & 1000's of warrants forged in Oconee Co., S.C. & 15 million indictments across the state, their names & by whom orders? & the,

11. Discovery of who ordered Fed. Judges W.B. Hunt, Wallace

Dixon, T. Tilly & Clerk K.K. Kahn to get Rid of Writs & §1983 & Judicial Complaints on Hunt, Filed in Atlanta Fed. & Greensboro, N.C. Fed. Courts. 1998 & 2007 & 2008 ? their names & by whom's orders ? & the;

12. Discovery of who ordered no warrants or Indictments issued For ProSe - For making 100 death threats ? & who ordered Spet. 27, 05 U.S. marshals Notice put in SCDC ProSe's Files ? & the;

13. Discovery of who ordered NO investigations into 29 Fed & 21 State Judges & Gov. Sanford & SLED agents Cover-ups of 41 murders & 1000's of warrants forged & other crimes & their involvements & aiding in these crimes, (their names); & the;

14. Discovery of how much the Clintons paid J. Roberts, Reagan & 2-FBI agents to kill the Ark. woman in Seneca, S.C., & how much did Clinton pay Both Bushs, & the 29 Fed. & 21 State Judges & Gov. Sanford & McMaster & Condon & SLED agents Stewart & Breun & Anderson & others to aid in the cover-ups of the U.S. marshals & CIA agent Paul Lee & Home Land Security agent Bobby Kittle (resign quit Sept. 2, 05 who talk to ProSe) & their boss at Cola. office Brown & SLED agent Keel ?. See: U.S. v. Williams, 170 F.3d 431 (4th Cir. 1999) 5. U.S.C.A. §301 West 1996), 28 C.F.R. §§ 16.23 (a,d), 16.24-16.29, Court has authority to order by Admin. Proc. Act documents produced) 28 CFR §§ 16-21-16-29 (1998):

See: Rochester Telephone Corp. v. U.S., 307 U.S. 125, 143, 59 S. Ct. 754, 83 L.Ed. 1147 (1939) Admin. Proc. Act created to Force agencies, Judges to act, or tell why & hearing required).

See: Brady v. Maryland, 373 U.S. 83 (1983) Gov. has to turn over discovery).

3.

15. ProSe served by Certified mail R. Lloyd Oct. 07 & Mrs Eunice McAllister hand delivered him one Jan 29, 07, he refused to sign for it & U.S. Postal never required him to. Served U.S. Sup. Ct. Judges 5-22 & 7-5-07 Certified mail, & U.S. Atty. Gonzales Jan. 22, 07 & May 29, 07 & 5 other times, & Atty. Gen. McMaster 12-14-07 & 21 other times & Jan. 1, 08. They covered it all up; both they arrested Judge White & John F. Brown & Stephen Edwards in Jasper Co, S.C.) for just a simple saying he had a GED, & for GED test score changed. When all clerks are involved in serious crimes & aiding 50 something killers.

See: Matter of White, 499 S.E. 2d 813 (S.C. 1998) Judge White forced to resign & U.S. Atty. indicted John F. Brown & Stephen Edwards & White & imprisoned them).

16. And the S.C. Sup. Ct. Judges & tool & U.S. Attys. who did this, are criminals themselfs, tool had Judicial Complaints & Appeals destroyed on her & 21 Judges & others & H.B. Richardson Judicial Counsel Sept. 14, 98, Aug 27, 04, Nov. 6, 04 & Dec 4, 06 & 35 others in 2004, 05, 06, 07 & 08 by Clerk Shearouse & Richardson & Lester Goggalia new Judicial Counsel & Atty. J.P. Turner there.

17. ProSe moves for court to order discovery turned over & serve defs. again, & jurisd. is Proper in this Court by whos been threaten & Fed. Judges M.B. Michael, R.B. King, Faber there & U.S. Gov. & Bush over all states involved in conspiracy & crimes!

ProSe:
Respectfully Submitted:
Julian E. Rochester, 171509
Lieber CoH., SMU-149-B
P.O. Box 205
Ridgeville, S.C. 29472
COPY OF Original.

Sworn to before me this
Date× 26 Apr
× Yvette Blume
Notary Public of South Carolina
× 8/10/16
My Commission Expires

4.